Third Party.— Determination unanimously affirmed with twenty dollars costs and disbursements. No opinion. Present — Martin, F. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANK E. CRAWFORD and Others, Respondents, v. DROSTE DAIRY PRODUCTS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BORIS SAID, on Behalf of Himself and on Behalf of All Stockholders of EITINGON SCHILD Co., INC., Who Shall Join in This Action and Contribute to the Cost Thereof, Respondent, v. FUR COMPANIES SYNDICATE Co., INC., Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HIDALGO STEEL COMPANY, INC., Appellant, v. ABE L. ALPER, Doing Business under the Firm Name and Style of UNITED STEEL COMPANY, Doing Business under the Firm Name and Style of ANCHOR STEEL COMPANY, and Doing Business under the Firm Name and Style of NORTH AMERICAN STEEL Co., Respondent.— Order entered April 6, 1937, so far as appealed from, and order denying motion for reargument unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession and Liquidate the Business and Affairs of the GUARDIAN CASUALTY COMPANY, Respondent. Claim of MICHAEL PIETROWSKI, Appellant, Claim No. PI & PD 321-G.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PHILLIP W. PHILLIPS, Doing Business under the Firm Name and Style of EMPIRE CONTRACTING & EQUIPMENT COMPANY, Respondent, v. JOHN B. ROSE and Others, Defendants, Impleaded with WILLIAM J. McCORMACK SAND Co., INC., and Others, Appellants.— Order unanimously modified by striking out items 6 to 9, inclusive, and 11 to 20, inclusive, of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM E. PHILLIPS, Appellant, for a Peremptory Order of Mandamus against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.— Order unanimously modified by granting an alternative order of mandamus, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM D. COBB, Respondent, v. THE LINDE AIR PRODUCTS COMPANY and Another, Appellants, Impleaded with Another.— Order unanimously affirmed,